UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESSIE SMOOT,

                Plaintiff,

v.                                        Case No. 15-13081
                                        HON. TERRENCE G. BERG
COMMISSIONER OF                  HON. DAVID R. GRAND
SOCIAL SECURITY,

                Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 10)

     This matter is before the Court on Magistrate Judge David R. Grand's February 12, 2016 Report and Recommendation (Dkt. 10), recommending that Plaintiff's motion for summary judgment (Dkt. 8) be DENIED, that Defendant's motion for summary judgment (Dkt. 9) be GRANTED, and that the Commissioner be AFFIRMED.

     The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). The Court has

reviewed and will accept the Magistrate Judge's Report and Recommendation of February 12, 2016, as this Court's findings of fact and conclusions of law.

Accordingly, **IT IS HEREBY ORDERED** that Magistrate Judge David R. Grand's Report and Recommendation of February 12, 2016 (Dkt. 10) is **ACCEPTED** and **ADOPTED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (Dkt. 8) is **DENIED**, Defendant's motion for summary judgment (Dkt. 9) is **GRANTED,** and the findings and conclusions of the Commissioner are **AFFIRMED**.

**SO ORDERED.**

s/Terrence G. Berg  
TERRENCE G. BERG  
UNITED STATES DISTRICT JUDGE

Dated: April 5, 2016

### Certificate of Service

I hereby certify that this Order was electronically submitted on April 5, 2016, using the CM/ECF system, which will send notification to each party.

By: s/A. Chubb  
Case Manager